Zachary C. Frampton (303225)
Email:    zframpton@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Synchrony Bank

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| Carole Eaton-Spring,<br><br>               Plaintiff,<br><br>     vs.<br><br>Synchrony Bank and DOES 1 through 100 inclusive,<br><br>               Defendants. | No.: 3:16-cv-3002<br><br>[Removal from Superior Court of California, County of Santa Clara Case No. 16CV294629]<br><br>**DEFENDANT SYNCHRONY BANK'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441**<br><br>**[FEDERAL QUESTION JURISDICTION]**<br><br>[Filed concurrently with:<br>1. Civil Cover Sheet;<br>2. Certification of Interested Parties;<br>3. Notice of Related Cases;<br>4. Corporate Disclosure Statement.] |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441 *et. seq.*, Defendant Synchrony Bank ("Synchrony") hereby files a Notice of Removal for the above-captioned action from the Superior Court of Santa Clara County, California to the United States District Court for the Northern District of California. In support of this Notice of Removal, Synchrony states as follows:

1. Synchrony is a named defendant in a lawsuit that was filed on May 3, 2016, in the Superior Court of Santa Clara County, California, styled *Carole Eaton-Spring v. Synchrony Bank, et. al.*, No. 16CV294629 ("State Court Action").

2. On May 5, 2016, Plaintiff served Synchrony's registered agent with the Complaint and Summons in the State Court Action. *See* **Exhibit A**.

3. On June 3, 2016, Synchrony timely files this Notice of Removal within 30 days of being served with the Complaint and Summons. *See* 28 U.S.C. § 1446(b). Pursuant to 28 U.S.C. § 1446(a), **Exhibit A** is a true and correct copy of all substantive records and proceedings from the state court served on Synchrony.

4. The claims of relief alleged in the State Court Action arise under a federal statute, the Telephone Consumer Protection Act ("TCPA"), 14 U.S.C. §227, *et seq.* Compl. ¶ 1. This Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.

5. To the extent that any other claims in this action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. § 1367.

6. This Court is the proper district court for removal because Santa Clara County Superior Court is located within the United States District Court for the Northern District of California. The proper intradistrict assignment for this case is the San Jose Division per Civil Local Rule 3-2(e).

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

7. Synchrony, in accordance with 28 U.S.C. § 1446(d), will promptly serve a copy of this Notice on counsel for Plaintiff and will file a copy of the Notice with the Clerk of the Superior Court of Santa Clara County, California.

8. There are no other cases related to the instant action, and Synchrony has not attempted to remove this case previously.

9. By filing this Notice of Removal, Synchrony does not waive any defense to the Complaint, including but not limited to lack of service, improper service, or lack of personal jurisdiction.

**WHEREFORE**, Defendant Synchrony Bank notices the removal of the State Court Action to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1441 *et. seq*.

DATED: June 3, 2016                              Reed Smith LLP

By: */s/ Zachary C. Frampton*
    Zachary C. Frampton
    Attorneys for Defendant Synchrony Bank