1  Zachary C. Frampton (SBN 303225)
   Email:    zframpton@reedsmith.com
2  REED SMITH LLP
   355 South Grand Avenue
3  Suite 2900
   Los Angeles, CA  90071-1514
4  Telephone: +1 213 457 8000
   Facsimile: +1 213 457 8080
5
   Attorneys for Defendant
6  Synchrony Bank

7

8 <center>UNITED STATES DISTRICT COURT</center>

9 <center>NORTHERN DISTRICT OF CALIFORNIA</center>

10 <center>SAN JOSE DIVISION</center>

| | |
|---|---|
| Carole Eaton-Spring, | Case No.: 5:16-CV-03002-HRL |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Honorable Mag. Judge Howard R. Lloyd |
| Synchrony Bank and DOES 1 through 100 inclusive, | Compl. Filed:     May 3, 2016<br>Date of Removal:  June 3, 2016 |
| Defendants. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff Carole Eaton-Spring and Defendant Synchrony Bank, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting the agreement. It is anticipated that a dismissal of the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed within forty-five (45) days of the date of this Notice. The Parties respectfully request the Court vacate any pending hearing dates or deadlines.

DATED: August 16, 2016                REED SMITH LLP

                                      By   */s/ Zachary Frampton*
                                         Zachary Frampton
                                         *Attorneys for Defendant*
                                         Synchrony Bank

DATED: August 16, 2016                SAGARIA LAW, P.C.

                                      By   */s/ Scott Johnson*
                                         Scott Johnson
                                         *Attorneys for Plaintiff*
                                         Carole Eaton-Spring

## **ATTESTATION**

I, Zachary C. Frampton, am the ECF User whose identification and password are being used to file this document. I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: August 16, 2016                REED SMITH LLP

                                      By   */s/ Zachary Frampton*
                                         Zachary Frampton
                                         *Attorneys for Defendant*
                                         Synchrony Bank