United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CAROLE EATON-SPRING,

Plaintiff,

v.

SYNCHRONY BANK,

Defendant.

Case No. 5:16-cv-03002-HRL

**ORDER TO SHOW CAUSE RE SETTLEMENT**

The court having been informed that this case has settled, all previously scheduled deadlines and appearances are vacated.

**On or before September 30, 2016**, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **October 11, 2016**, **10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a).  Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **October 4, 2016** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a

1    statement in response to this Order.

2           SO ORDERED.

3    Dated:   August 16, 2016

4                                                              _____
                                                              Howard R. Lloyd
5                                                             United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1

5:16-cv-03002-HRL Notice has been electronically mailed to:

2

Elliot Wayne Gale      egale@sagarialaw.com, bklein@sagarialaw.com, Glenox@sagarialaw.com, jangelo@sagarialaw.com, koverman@sagarialaw.com

3

4

Joseph Brian Angelo      jangelo@sagarialaw.com

5

Scott Joseph Sagaria      sjsagaria@sagarialaw.com, mmccrory@sagarialaw.com

6

Scott Matthew Johnson      sjohnson@sagarialaw.com

7

Zachary Chad Frampton      zframpton@reedsmith.com, aswenson@reedsmith.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28