Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
2033 Gateway Pl., 5th Floor
San Jose, CA 95110
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE EATON-SPRING,<br><br>                    Plaintiff,<br><br> v.<br><br><br>SYNCHRONY BANK, et. al.,<br><br>                    Defendants. | Case No.: 5:16-cv-03002-HRL<br><br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT SYNCHRONY BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Judge:        Hon. Howard R. Lloyd<br>Crtrm:       2, Floor 5 |

   **PLEASE TAKE NOTICE** that Plaintiff Carole Eaton-Spring, Pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses defendant Synchrony Bank, with prejudice, as to all claims in this action.

   Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

   41(a) Voluntary Dismissal

   (1) By the Plaintiff

      (a) Without a Court Order.  Subject to Rules 23(3), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Synchrony Bank has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

DATED: September 30, 2016                    **Sagaria Law, P.C.**

                                    By:    _/s/ Elliot Gale_____
                                           Elliot Gale
                                           Attorney for Plaintiff Carole Eaton-Spring